of the court on trial at Special Term in an action, wife against husband, for a separation upon the grounds of cruel and inhuman treatment and abandonment.

*Irving L. Rollins* and *Leo Schafran* for appellant.
*Mortimer Elliott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

HARRY M. LASKER, INC., Appellant, *v.* NATIONAL SURETY COMPANY, Respondent. (Actions Nos. 1 and 2.)

*Principal and surety — bonds — action to recover upon indemnity bond — motion for judgment upon ground that complaint failed to allege facts coming within coverage of bond.*

*Lasker* v. *National Surety Co.* (2 cases), 212 App. Div. 511, 514, affirmed.

(Argued December 18, 1925; decided January 12, 1926.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1925, unanimously affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for judgment on the pleadings. The actions were brought to recover upon an indemnity bond whereby the defendant agreed to protect the obligee in the purchase of notes secured by a lien upon a motor vehicle, from loss which said obligee might sustain through conversion of, or defective title to, such motor vehicle. Defendant moved for judgment on the pleadings upon the ground that by the terms of the bond it applied only where such motor vehicle had actually been delivered to the maker of the notes, and he had paid at least twenty-five per cent of its sale value at the time of delivery, and that the complaint, as limited by the bill of particulars, showed that no vehicle was delivered to the supposed maker of the so-called notes and conditional sale contracts purchased by plaintiff; that no payment on account of the vehicle

mentioned or referred to in said papers was made by the supposed maker thereof; and, therefore, that plaintiff had failed to allege a state of facts coming within the coverage of the bond in suit.

*Samuel J. Rosensohn* for appellant.

*Stewart Maurice* for respondent.

Judgment in each case affirmed with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

BURT D. POWELSON, Appellant, *v.* MCINTOSH & SEYMOUR CORPORATION, Respondent.

*Commissions — services — action by salesman to recover commissions alleged to be due.*

*Powelson* v. *McIntosh & Seymour Corp.*, 213 App. Div. 855, affirmed.

(Argued December 18, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1925, affirming a judgment in favor of plaintiff entered upon a verdict for a portion of the relief demanded in the complaint. The action was to recover commissions. Plaintiff was employed as a salesman by the defendant, a corporation which manufactured oil engines of the Diesel type. He claimed to be entitled to a flat commission of ten per cent as compensation for his services in connection with certain contracts made by defendant for the manufacture and delivery of certain specified engines. This was denied by defendant.

*John L. Lockwood* and *William P. Jeffery* for appellant.

*R. E. Digney* and *Joseph A. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.